NUMBER 13-04-359-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


PATRICIA NOLAND, Appellant,


v.



DEBORAH LYNN NOLAND, Appellee.

___________________________________________________________________


On appeal from the 214th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant, PATRICIA NOLAND, perfected an appeal from a judgment entered by
the 214th District Court of Nueces County, Texas, in cause number 02-3685-F. After
the record and briefs were filed and after the case was referred to mediation, appellee
filed a motion to dismiss the appeal. In the motion, appellee states that the settlement
of a federal lawsuit between the parties has the effect of rendering this appeal moot. 
Alternatively, appellee states that the parties have not agreed on a mediator, and the
appeal should be dismissed for want of prosecution. On February 15, 2007, this Court
requested that appellant file a response to appellee's motion to dismiss. To date,
appellant has failed to file such response.

 The Court, having considered the documents on file, appellee's motion to
dismiss the appeal, and appellant's failure to respond, is of the opinion that the motion
should be granted. Appellee's motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 22nd day of March, 2007.